United States District Court
for the
Southern District of Florida

| Soneet R. Kapila, Plaintiff, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 15-61016-Civ-Scola |
| | ) | |
| Davis, Graham & Stubbs LLP and | ) | |
| S. Lee Terry, Defendants. | ) | |

**<u>Order Adopting Magistrate's Report And Recommendation</u>**

This matter was referred to United States Magistrate Judge Lurana S. Snow for a report and recommendation on the Defendants' motion for entry of costs of litigations (ECF No. 39). (*See* Order, ECF No. 53.) On June 5, 2018, Judge Snow issued a report, recommending that the Court grant the motion and award the Defendants costs in the amount of $28,177.11. (R. & R., ECF No. 58.) No objections have been filed and the time to object has passed. Having considered Judge Snow's report, the record, and the relevant legal authorities, this Court finds Judge Snow's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Snow's report and recommendation (**ECF No. 58**). The Court **grants** the Defendants' motion for entry of costs of litigation (**ECF No. 39**). Consistent with the report, the Court awards **$28,177.11** in costs to the Defendants to be paid by the Plaintiff.

**Done and ordered** at Miami, Florida, on July 25, 2018.

_____
Robert N. Scola, Jr.
United States District Judge